PER CURIAM.
Affirmed. Cotton States Belting and Supply Company v. Florida Railway Company, 69 Fla. 52, 67 So. 568 (1915); Commercial Garden Mall v. Success Academy, Inc., 453 So.2d 934 (Fla. 4th DCA 1984); Twenty-Four Collection, Inc. v. M. Weinbaum Construction, Inc., 427 So.2d 1110 (Fla. 3d DCA 1983); Rodriguez v. Gonzaga, 387 So.2d 1054 (Fla. 5th DCA 1980); Kendall East Estates, Inc. v. Banks, 386 So.2d 1245 (Fla. 3d DCA 1980); § 689.01, Fla.Stat. (1983).